■ P & G PLUMBING & HEATING CORP., Respondent, v HOWARD PULVER, Appellant.—In a proceeding to confirm an arbitration award, the appeals are from (1) an order of the Supreme Court, Nassau County, dated November 26, 1975, which (a) granted petitioner's motion to confirm the award and (b) denied a cross motion to vacate the said award and (2) the money judgment of the same court, entered thereon on December 4, 1975. Order and judgment affirmed, with one bill of $50 costs and disbursements. It is clear that all claims and disputes between the parties were presented to the arbitrator. His award stated that it "is in full settlement of all claims submitted to this Arbitration." His award of $6,246 to the petitioner contractor, on its $7,450.48 claim, is clearly the net resolution of the claims of both parties. It is implicit therefrom that the arbitrator either found no merit to appellant's claims (the disallowance being only of extras claimed by petitioner) or that his reduction from petitioner's claim, in effect, gave appellant $1,204.48 in full settlement of the cost to him of correcting any defects, evidence of which was presented to the arbitrator. Hopkins, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ AARON RAND, Doing Business as RAND BOOKBINDING Co., Appellant, v MARGUERITTE KALOUSDIAN, Respondent.—In an action on an unpaid check, delivered to secure the release of plaintiff's lien for work, labor and services, plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Westchester County, entered October 24, 1975, as denied his motion for summary judgment. Order affirmed insofar as appealed from, with $50 costs and disbursements. There are issues of fact which require a trial (cf. *Pioneer Credit Corp. v Bon Bon Cleaners Corp.,* 38 AD2d 743). Hopkins, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ JOHN H. ROSE, JR., as Executor of JOHN H. ROSE, SR., Deceased, Respondent, v MILTON ROSE, Appellant.—In an action by the executor of an estate to recover moneys allegedly belonging to the estate, defendant appeals from so much of an order of the Supreme Court, Queens County, entered November 13, 1975, as denied his cross motion to dismiss the complaint, without prejudice to the raising of the issues presented in this action in any proceeding now pending or to be brought in the Surrogate's Court. Order affirmed insofar as appealed from, with $50 costs and disbursements, upon the opinion of Mr. Justice Graci at Special Term. Hopkins, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ CONCETTA SCHWARTZ, as Executrix of DOMINICK A. MIRALDI, Deceased, Appellant, v FLORENCE E. MIRALDI, Respondent.—Appeal by plaintiff from so much of an order of the Supreme Court, Richmond County, dated March 11, 1976, as (1) denied her application to vacate and set aside a referee's sale of certain real property and (2) fixed the time and place for the closing. Order affirmed insofar as appealed from, with $50 costs and disbursements. Under the circumstances, the application to vacate or set aside was properly denied. Martuscello, Acting P. J., Cohalan, Damiani and Shapiro, JJ., concur.